JOSH COLE AICKLEN
Nevada Bar No. 007254
SHARON A. PARKER
Nevada Bar No. 8274
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
702.893.3383
FAX: 702.893.3789
Attorneys for Defendant
SAM'S WEST, INC. d/b/a
SAM'S CLUB #6382

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BONNIE BARRETT,<br><br>            Plaintiff,<br><br>       vs.<br><br>SAM'S WEST, INC., a Foreign Corporation d/b/a SAM'S CLUB #6382; DOES I through X; and ROE CORPORATIONS I through X,<br><br>            Defendants. | CASE NO.  2:19-cv-01902-JAD-NJK<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF COMPLAINT, WITH PREJUDICE**<br><br>ECF Nos. 41, 45 |

IT IS HEREBY STIPULATED and AGREED between Plaintiff, BONNIE BARRETT ("Plaintiff"), by and through her counsel, Marcus Berg of MOSS BERG INJURY LAWYERS, and Defendant SAM'S WEST, INC. ("Defendant") by and through its counsel, Josh Cole Aicklen and Sharon A. Parker of LEWIS BRISBOIS BISGAARD & SMITH LLP, that all of Plaintiff's claims and causes of action against Sam's West, Inc. in the above-entitled action shall be dismissed, with prejudice, each party to bear their own attorney's fees and costs.

///

///

///

///

4866-7227-3929.1

DATED this 25th day of April, 2022.

MOSS BERG INJURY LAWYERS

By: /s/ *Marcus Berg, Esq.*
John C. Funk, Esq.
Drue R. Solomon, Esq.
4101 Meadows Lane, Suite 110
Las Vegas, Nevada  89107
Attorneys for Plaintiff

LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ *Josh Cole Aicklen*
JOSH COLE AICKLEN
Nevada Bar No. 007254
SHARON A. PARKER
Nevada Bar No. 8274
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Tel. 702.893.3383
Attorneys for Defendant SAM'S WEST, INC.
d/b/a  SAM'S CLUB #6382

## ORDER

Based on the parties' stipulation **[ECF No. 45]** and good cause appearing, IT IS HEREBY ORDERED that THE ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs.  All pending motions **[ECF No. 41]** are DENIED as moot.  The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: May 2, 2022